No. 1007. ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY *v.* LOMA FRUIT COMPANY AND G. WARREN AND COMPANY, LTD. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. A. S. H. Bristow* and *William Mann* for petitioner. No appearance for respondents.

No. 1011. DE FOREST RADIO TELEPHONE AND TELEGRAPH COMPANY *v.* EDWIN H. ARMSTRONG AND WESTINGHOUSE ELECTRIC AND MANUFACTURING COMPANY. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas G. Haight* for petitioner. *Mr. Charles Neave* for respondents.

No. 1021. MOSES E. SHIRE AND FANNIE S. BLOCK, AS TRUSTEES, ETC., *v.* FRED E. HUMMEL, AS TRUSTEE OF THE ESTATE OF GUSTAVE C. STRAUSS AND SIEGFRIED STRAUSS, BANKRUPTS. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Charles Leviton* and *Joseph Slottow* for petitioners. *Messrs. Brode B. Davis* and *Charles R. Sercombe* for respondents.

No. 1024. FRANK HACKETHAL *v.* UNITED STATES. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Harold J. Bandy* and *Edmund Burke* for petitioner, *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

No. 1028. LLOYDS, A CORPORATION AS TREASURER OF LLOYDS UNDERWRITERS SYNDICATE No. 670 AND LLOYDS UNDERWRITERS SYNDICATE No. 671, ETC., *v.* EDITH BOBE. April 12, 1926. Petition for a writ of certiorari to the